Kevin R. Anderson (4786)
Jocelyn Rick (9508)
Kellie K. Nielsen (11416)
OFFICE CHAPTER 13 TRUSTEE
405 South Main St., Suite 600
Salt Lake City, UT 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re: MARY ELIZABETH APPLEGATE Debtor. | Case No. 10-22429<br>Chapter 13<br>*FILED ELECTRONICALLY*<br>Judge Judith A. Boulden<br>(Confirmation Hearing: *05/18/10 at 9:30 AM*) |
|---|---|

**TRUSTEE'S OBJECTION TO EXEMPTIONS**

Pursuant to Fed. R. Bankr. P. 4003(b), Kevin R. Anderson, Standing Chapter 13 Trustee, hereby objects to the exemptions claimed in Schedule C on the following grounds:

1. The Debtor filed a Chapter 13 petition for relief on 3/3/2010, and the First Meeting of Creditors under § 341 was held on 04/09/10.

2. The Trustee objects to Schedule C because the statutory references to support the exemptions are incorrect in that the Utah Legislature renumbered the Utah Exemptions Act, effective February 7, 2008.

3. WHEREFORE, the Trustee objects to the Debtor's exemption claimed on Schedule C. The Trustee hereby objects to confirmation of the Debtor's plan unless the Debtor amends Schedule C to resolve this objection or files a response to this objection.

DATED: April 13, 2010.

JR/s/
Kevin R. Anderson, Esq.
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 13, 2010, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

ROBERT S. PAYNE
ECF NOTIFICATION

The undersigned hereby certifies that on April 13, 2010, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

MARY ELIZABETH APPLEGATE
80 W HALE DRIVE
PLEASANT GROVE, UT 84062

/s/
Office Chapter 13 Trustee